**Order filed September 2, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00273-CV
_____

### KATRINA RIDGE, Appellant

### V.

### AMANDA RIDGE, Appellee

---

**On Appeal from the Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 358,034**

---

## O R D E R

The clerk's record was filed August 26, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Final Guardianship Order signed July 8, 2021.

The Harris County Clerk is directed to file a supplemental clerk's record on or before **September 13, 2021**, containing the Final Guardianship Order signed July 8, 2021.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.